GRACE WALLAU, Plaintiff, *v.* ALEXANDER WALLAU, Defendant.

Submitted September 30, 1946; decided October 10, 1946.

*Monroe J. Cahn* for motion.

*William L. Bowman* and *William L. Sayers* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the judgment sought to be appealed from has not been passed upon by the Appellate Division.